**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 03-10001-002 |
| DEBRA GERDES, | ) |
| Defendant, | ) |

**MOTION FOR RESTITUTION PAYMENT SCHEDULE**

The United States of America, by its attorneys Rodger A. Heaton, United States Attorney for Central District of Illinois, and Elizabeth L. Collins, Assistant United States Attorney, requests the entry of a restitution payment schedule of $40.00 per month and 25% of Federal tax refunds each year in accordance with the attached payment agreement.  See Exhibit A.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Elizabeth L. Collins
_____
By:   Elizabeth L. Collins, Bar # 487864
      Attorney for Plaintiff
      United States Attorneys Office
      318 S. 6th Street
      Springfield, Illinois 62701
      Tel: 217-492-4450
      Fax: 217-492-4888
      E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION & PROPOSED ORDER** , have been made by placing in the United States mail, postage prepaid, addressed to:

> Debra Gerdes
> 117 N. Roosevelt Street
> North Pekin, IL 61554

DATE: April 5, 2006

s/ Elizabeth L. Collins
_____

By:  Elizabeth L. Collins, Bar # 487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 03-10001-002 |
| ) | |
| DEBRA GERDES, ) | |
| ) | |
| Defendant, ) | |
| ) | |

**RESTITUTION PAYMENT ORDER**

Upon motion of the United States of America, and with the agreement of the Defendant, this Court enters the following restitution payment schedule:

(1) The Defendant shall pay $40.00 a month and 25% of Federal tax refunds each year to the **"Clerk, United States District Court",** referencing the Court No. 03-10001-002 on the payment, and mail it to the **Clerk, United States District Court, Attn: Finance Department, 100 N. E. Monroe, Rm 309, Peoria, Illinois 61602**;

(2) The Defendant shall provide an annual financial statement and provide notification of any change of address to the United States Attorneys Office until the restitution is paid in full or the liability to pay restitution expires.

ENTERED: _____.

_____
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE