**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

FILED
APR 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 03-10001-002 |
| DEBRA GERDES, ) | |
| Defendant, ) | |

### RESTITUTION PAYMENT ORDER

Upon motion of the United States of America, and with the agreement of the Defendant, this Court enters the following restitution payment schedule:

(1) The Defendant shall pay $40.00 a month and 25% of Federal tax refunds each year to the **"Clerk, United States District Court"**, referencing the Court No. 03-10001-002 on the payment, and mail it to the **Clerk, United States District Court, Attn: Finance Department, 100 N. E. Monroe, Rm 309, Peoria, Illinois 61602**;

(2) The Defendant shall provide an annual financial statement and provide notification of any change of address to the United States Attorneys Office until the restitution is paid in full or the liability to pay restitution expires.

ENTERED: 4/6/2006

s/ Joe B. McDade
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE